AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the



United States of America
v.
ROBERTA CHANERL

Case No. H19-0455M

Defendant(s)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 2, 2015__ in the county of __Harris__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 287 | False claims against the United States |
| 18 U.S.C. 641 | Theft of money from the United States |
| 18 U.S.C. 1001 | False statements in a matter within the jurisdiction of the United States |

This criminal complaint is based on these facts:

See Attached Affidavit of probable cause

☑ Continued on the attached sheet.

_____
Complainant's signature

DHS-OIG Agent Kristofor Healey
Printed name and title

Sworn to before me and signed in my presence.

Date: March 18, 2019

_____
Judge's signature

City and state: Houston, Texas

Judge Frances Stacy
U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Kristofor Healey, upon being duly sworn, declare under penalty of perjury and say as follows:

1. Affiant, Special Agent Kristofor Healey, has been employed by the Department of Homeland Security (DHS), Office of the Inspector General (OIG) since August 2010. Affiant is currently assigned to the DHS-OIG Field Office in Houston, Texas. Prior to that, Affiant served as an Immigration Enforcement Agent with Immigration and Customs Enforcement from January 2007 to August 2010. Affiant's current duties include investigating allegations of fraud within federal programs such as the Federal Emergency Management Agency's (FEMA) Individual Assistance (IA) program. Affiant had attended training in the areas of fraud, mail fraud, money laundering and various types of identity takeover schemes. Affiant is authorized to obtain and execute Federal Arrest and Search Warrants. The information set forth in this Affidavit is based upon your Affiant's personal knowledge and/or information provided to Affiant by other law enforcement agents and officers, witnesses and cooperating individuals the undersigned believes to be reliable and credible.

2. I am making this Affidavit in support of a Criminal Complaint to be presented to the United States District Court for the Southern District of Texas in the matter of United States v. **Roberta Chanerl,** DOB: 07-08-1963.

3. This complaint charges that Ms. Chanerl did intentionally and unlawfully violate or aid in the violation of the following statute.

   A. Title 18, United States Code, Section 641, states that whoever embezzles or steals property with a value of $1000 or more from the United States is guilty of a felony with a punishment of up ten years in prison.

B.  Title 18, United States Code, Section 287, whoever presents to any person or to any department of the United States a claim knowing such claim to be false is guilty of a felony with a punishment of up five years in prison.

C.  Title 18, United States Code, Section 1001, whoever, in any matter within the jurisdiction of the executive branch of the United States, makes or uses any false writing knowing the writing to contain any materially false statement or entry shall be guilty of a felony with a punishment of up to five years in prison.

4.  I base this information in part on my personal investigation and upon facts provided by witnesses, which have proven to be true and correct through independent investigation.

## Probable Cause

5.  DHS-OIG received a complaint regarding Roberta Chanerl, which alleged that she applied for FEMA benefits that she was not entitled to receive. Affiant is aware that FEMA is an agency of the United States Department of Homeland Security created to provide emergency assistance.

6.  Agents with DHS-OIG discovered irregularities in Roberta Chanerl's requests for housing assistance in 2015 and conducted interviews regarding the documentation she provided to justify her claims.

7.  Roberta Chanerl applied for FEMA assistance on June 2, 2015 because she was displaced from her residence at 12115 White Cap Lane, Houston, Texas 77072 due to a severe storm in May 2015. An interview of the apartment manager, Si Dang, showed that Roberta Chanerl, was a renter at the White Cap Lane address and that some damage occurred, which

could have forced her to leave the apartment. Mr. Dang stated that Ms. Chanerl received government assistance for the rent.

8. Affiant reviewed the FEMA records, which showed that Roberta Chanerl received multiple payments from FEMA based on false claims and false documentation. On June 10, 2015, she received a payment of $1780 for two months of rental assistance. Ms. Chanerl then applied for a supplemental payment and claimed that she lived at 12042 Plumpoint Dr, Houston. Ms. Chanerl provided FEMA with a receipt for $1200 as a deposit signed by Roma McCain, the purported landlord, and a letter claiming another $1200 was due by August 1, 2015 signed by Roma McCain. On August 24, 2015, Ms. Chanerl received a supplemental payment of $2670 for three additional months of rental assistance from FEMA, which was processed by electronic funds transfer to the personal Wells Fargo account of Roberta Chanerl.

9. DHS-OIG agents discovered that Roma McCain was not a real person and that 12042 Plumpoint Dr., Houston was occupied by Linda Singleton. Ms. Singleton stated that she knows Roberta Chanerl, who she has tried to help in the past. However, Roberta Chanerl did not pay her any money and she has never lived at the Plumpoint address.

10. On August 19, 2015, Ms. Chanerl submitted a recertification claim to FEMA for rent at 1709 5th Street, Missouri City, Southern District of Texas because she was forced to move due to the events in paragraph (7). As support for the claim, Ms. Chanerl presented a rental agreement for 1709 5th Street, Missouri City and four (4) receipts for $1200 each for the security deposit and rent during the months of August to October 2015. The rental agreement and receipts were allegedly signed by property manager, Kathy Williams.

11. DHS-OIG agents interviewed Kathy Williams on March 31, 2016 about the FEMA claim by Ms. Chanerl for expenses at 1709 5th Street, Missouri City. Ms. Williams stated

that she met with Ms. Chanerl in July of 2015 and provided her with a rental agreement, but that Ms. Chanerl did not execute the agreement. Ms. Willaims stated that she did NOT rent an apartment to Ms. Chanerl and that she did NOT provide receipts for rental payments.

12. Additional investigation by DHS-OIG agents discovered that Ms. Chanerl was actually residing at 13913 Ella Blvd, Houston, Southern District of Texas in Section 8 housing and receiving rental subsidies during a portion of the time she claimed FEMA assistance. Ms. Chanerl was not eligible to receive housing assistance at 1709 5th Street, Missouri City because she never resided at the location.

13. Based upon the above information, Affiant has probable cause to believe that Roberta Chanerl received money from the United States that she was not entitled to receive and that she submitted false claims and documents to a department of the United States in order to receive the payments, which were violations of the 18 USC 287, 641 and 1001.

_____
Kristofor Healey, Special Agent
Office of Inspector General-Investigations
Department of Homeland Security

Subscribed and sworn before me on this the 18 day of March 2019 and I find probable cause.

_____
Frances Stacy
United States Magistrate Judge